UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:  CASE NO. 04-41457-TLH4
CHAPTER 13
SIDNEY F. JENKINS

                Debtor(s)         /

## CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT
## OF UNCLAIMED FUNDS

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

1. The Trustee has issued check(s) FOR: CHEVRON CREDIT BANK, N.A. which remains outstanding and uncleared.

2. The Trustee has placed a Stop Payment Order with the bank on the check(s).

3. The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE**, the Chapter 13 Trustee respectfully submits her check number 383352 in the amount of 18.42 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

>     /s/Leigh D. Hart or
>     /s/William J. Miller, Jr.
>     OFFICE OF THE CHAPTER 13 TRUSTEE
>     POST OFFICE BOX 646
>     TALLAHASSEE, FL 32302
>     ldhecf@earthlink.net
>     (850) 681-2734 "Telephone"
>     (850) 681-3920 "Facsimile"

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first

| | |
|---|---|
| SIDNEY F. JENKINS | CHEVRON CREDIT |
| 1512 VANDELIA RD. | C/O COMPUTER CREDIT INC. |
| TALLAHASSEE, FL 32310 | P.O. BOX 5238 |
| | WINSTON SALEM, NC 27113-5238 |

AND

KATHRYN A. HATHAWAY, ESQUIRE
HATHAWAY LAW FIRM
P.O. BOX 3005
TALLAHASSEE, FL 32315

on the same date as reflected on the Court's docket as the electronic filing date for this document.

>     /s/Leigh D. Hart or
>     /s/William J. Miller, Jr.
>     OFFICE OF CHAPTER 13 TRUSTEE

12/30/2009 11:42 am / CR_213